SOUTHERN PACIFIC CO. ET AL. *v.*
UNITED STATES ET AL.

No. 1159. Decided April 29, 1968.

*Alan C. Furth, Robert L. Pierce, William P. Higgins* and *G. Clark Cummings* for appellants.

*Solicitor General Griswold, Assistant Attorney General Turner, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al.; *Ernest Porter, Dennis McCarthy, E. L. Van Dellen, Walter G. Treanor* and *E. Barrett Prettyman, Jr.,* for Denver & Rio Grande Western Railroad Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

HOSACK ET AL. *v.* SMILEY ET AL.

No. 1196. Decided April 29, 1968.

*Melvin L. Wulf* for appellants.

*Duke W. Dunbar,* Attorney General of Colorado, and *John P. Holloway,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.